# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: **Jacqueline Dean**
Street Address: **16944 Lavida Ct**
**Fontana Ca. 92337**
Filer's Telephone No.: **909-489-0112**

Atty Name (if applicable): _____
CA Bar No. (if applicable): _____
Atty Fax No. (if applicable): _____

In re:

**Jacqueline Dean**

Case No. **2:10bk-39856-BR**

Chapter 7 **X**   11 _____   13 _____

## AMENDED SCHEDULE(S)

A filing fee of $20.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list.  Is/are creditor(s) being added?   Yes **X**   No _____

Indicate below which schedule(s) is(are) being amended.

A _____ B _____ C _____ D _____ E _____ F **X** G _____ H _____ I _____ J _____

Statement of Financial Affairs _____   Statement of Intention _____   Other **X**

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Jacqueline Dean**, the person(s) who subscribed to the foregoing Amended Schedule(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: **8/25/2010**

_____
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

**FILED**

AUG 30 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**SEE REVERSE SIDE**

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice
was given to the additional creditors listed.

DATED: _8/25/2010_____    _____

                              **Print or Type Name**


                              _____

                              **Signature**


**(SEE ATTACHED MAILING LIST.)**

B-1008 *Revised 2/99*

Form B6 - Summary (12/07)                                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | | |
|---|---|---|
| Jacqueline Dean | Debtor. | Case No.: 2:10bk-39856-BR (if known) |

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | NO | 1 | $ 0 | | |
| B - | Personal Property | NO | 3 | $ 22,150 | | |
| C - | Property Claimed as Exempt | NO | 1 | | | |
| D - | Creditors Holding Secured Claims | NO | 2 | | $ 0 | |
| E - | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 3 | | $ 0 | |
| F - | Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $122,544 | |
| G - | Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - | Codebtors | NO | 1 | | | |
| I - | Current Income of Individual Debtor(s) | NO | 1 | | | $ 1977.92 |
| J - | Current Expenditures of Individual Debtors(s) | NO | 1 | | | $ -187.08 - |
| | TOTAL | | 19 | $22,150 | $122,544 | |

Schedules A, B, C, D, E & G, H, I, J
   Have been previously provided and filed.

Official Form B6 - Statistical Summary (12/07)                              2007 USBC, Central District of California

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re _Jacqueline Dean_                        CHAPTER: 7

Debtor(s).    CASE NO.: 2:10bk-39856-BR

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 100,00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 100,000 |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 1977.92 |
| Average Expenses (from Schedule J, Line 18) | $ -187.08 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 4082.58 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 122,544 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 122,544 |

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re Jacquline Dean | Debtor. | Case No.: 2:10bk-39856-BR (If known) |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 8213 Appluid Bank 4700 Exchange Court Bocaraton FL 33431 | X | | 9/2012 | X | | | # 1900 |
| Last four digits of ACCOUNT NO. 2703 Capital One 120 East Shore Dr. Glen Allen VA 23059 | X | | 2/2010 | X | | | $ 2500 |
| Last four digits of ACCOUNT NO. 0159 9111 Duke Blvd. Mason OH 45040 | X | | 10/2007 | X | | | $ 4900 |
| Last four digits of ACCOUNT NO. 1827 Enhanced Recovery 60014 Bayberry Rd. Jacksonville FL 32256 | X | | 10/2009 | X | | | # 500 |

Subtotal ► $ 9800

_____ Continuation Sheets attached

Total
(Use only on last page of the completed Schedule F.) ► $
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                          2007 USBC, Central District of California

| In re | Case No.: |
|-------|-----------|
| Jacqueline Dean                    Debtor. | 2:10bk-39856-BR (if known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 0455 <br> HSBC Bank <br> P.O. Box 5253 <br> Carol Stream IL 60197 | X | | 7/2006 | X | | | $ 800 |
| Last four digits of ACCOUNT NO. 5307 <br> HSBC Saks 5th Ave. <br> P.O. Box 15521 <br> Wilmington DE 19805 | X | | 5/2008 | X | | | $ 900 |
| Last four digits of ACCOUNT NO. 0105 <br> HS Shield <br> P.O. Box 3425 <br> Buffalo NY 14240 | X | | 2/2010 | X | | | $ 7500 |
| Last four digits of ACCOUNT NO. 0600 <br> HS Shield <br> PO Box 14240 <br> Buffalo NY 14240 | X | | 8/2004 | X | | | $ 9000 |

Sheet no. ____ of ____ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 18,200

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)  ➤  $

Form B6F (Official Form 6F) - (Rev. 12/07)                    2007 USBC, Central District of California

| In re | | Case No.: |
|-------|-|-----------|
| Jacqueline Dean | Debtor. | 2:10bk-39856-BR (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 1525 Spiegel P.O BOX 9204 Old Beth Page NY 11804 | X | | 12/2003 | X | | | $1400 |
| Last four digits of ACCOUNT NO. 6104 BofA P.O. BOX 15026 Wilmington DE | X | | 1/2010 | X | | | $20,600 |
| Last four digits of ACCOUNT NO. 1721 Chembltew PO BOX 981439 El Paso TX 7998 | X | | 1/2010 | X | | | $1200 |
| Last four digits of ACCOUNT NO. 9838 Goal Financial 2401 International Madison IL | X | | 1/2010 | X | | | $45,000 |

Subtotal ➤ $ 68,200

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | | |
|---|---|---|
| Jacqueline Dean | Debtor. | Case No.: 2:10bk-39856-BR (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 9001 PO BOX 5253 Carol Stream IL 60197 | X | | 1/2010 | X | | | $ 1900 |
| Last four digits of ACCOUNT NO. 5465 Saks Inc. P.O. Box 15521 Wilmington DE 19805 | X | | 4/2003 | X | | | $ 800 |
| Last four digits of ACCOUNT NO. 11415 Wells Fargo Edu. PO BOX 5185 Sioux Falls SD 57117 | X | | 1/2010 | X | | | $ 8500 |
| Last four digits of ACCOUNT NO. 90012 Wells Fargo P.O Box 5185 Sioux Falls SD 57117 | X | | 1/2010 | X | | | $ 11,800 |

Sheet no. ____ of ____ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 23,000

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.) ➤ $

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

In re _Jacquline Dean_                                    Debtor.    Case No.: 2:10bk-39856-BR
                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 90013 Wells Fargo P.O BOX 5185 Sioux Falls SD 5117 | X | | 1/2010 | X | | | # 2500 |
| Last four digits of ACCOUNT NO. 3723 GEMB/JCP P.O BOX 981402 El Paso TX 7798 | X | | 1/2010 | X | | | # 6710 |
| Last four digits of ACCOUNT NO. 3526 TNB-Target PO BOX 673 Minneapolis MN 55440-0073 | X | | 2/2010 | X | | | # 168 |
| Last four digits of ACCOUNT NO. | | | | | | | |

Subtotal ► $ 3,344.00

Sheet no. ____ of ____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ► $ 122,544.00